

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. 0-2603

Re: Authority of the Comp-
troller to issue war-
rants in payment of
machinery purchased
through contract of
Texas Prison System
rather than through
the Board of Control.

Your request for a legal opinion is as follows:

"I am attaching Texas Prison System
Audit No. 4071 and requesting your opinion
as to whether this department is authorized
to issue warrant in payment of same.

"You will notice this claim is drawn
by the New Braunfels Textile Mills, of New
Braunfels, Texas, by Walter Dillard, Vice-
President. Walter Dillard, as you know, is
a member of the Texas Prison Board."

Audit No. 4071 is based upon the following in-
voice:

"NEW BRAUNFELS TEXTILE MILLS
New Braunfels, Texas

Date June 26, 1940

SOLD TO TEXAS PRISON SYSTEM,
HUNTSVILLE, TEXAS

YOUR ORDER # PS-14958
YOUR REQ. # PS-963R

Terms: NET

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"THE FOLLOWING SECOND-HAND MACHINERY:

"1 ONLY DRAPER WARPER, COMPLETE WITH
CREEL, CREEL TO HANDLE 480 ENDS, AND
SKEWERS -                                          $100.00

"12 ONLY SECTION BEAMS, 54", WITH
54" DIAMETER HEAD                                    48.00

"2000 ONLY WOODHEAD SPOOLS, 4x5                      62.00
                                                    $210.00"

You are respectfully advised it is your duty
to decline to issue warrants in payment of the audit
mentioned, because such purchase should have been by the
Board of Control and not by the Texas Prison System.

Our reasons are fully set forth in our recent
Opinion No. O-2595, involving the identical question of
law, which opinion you have received or will receive
along with this one.

APPROVED AUG 14, 1940                    Very truly yours

                     ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT                          By
ATTORNEY GENERAL                                  Ocie Speer
                                                  Assistant

OS-MR

Enclosure

APPROVED
OPINION
COMMITTEE
BY ___ CHAIRMAN